# EXHIBIT A

## 57th District Court

# Case Summary

## Case No. 2021CI16992

| | | | |
|---|---|---|---|
| **AMY MARR VS HAROLD E CROXTON ET AL** | § | Location | |
| | § | **57th District Court** | |
| | § | Judicial Officer | |
| | § | **57th, District Court** | |
| | § | Filed on | |
| | § | **08/19/2021** | |

---

## Case Information

Case Type: MOTOR VEHICLE ACCIDENT

Case Status: **08/19/2021  Pending**

---

## Assignment Information

**Current Case Assignment**
Case Number      2021CI16992
Court            57th District Court
Date Assigned    08/19/2021
Judicial Officer 57th, District Court

---

## Party Information

|  |  | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **MARR, AMY** | **BRASURE, CHRISTOPHER RYAN** *Retained* |
| **Defendant** | **AVAILABLE MOVERS & STORAGE INC** | |
| | **CROXTON, HAROLD E** | |

**RYDER TRUCK RENTAL INC**

## Events and Orders of the Court

08/19/2021    New Cases Filed (OCA)

08/19/2021    PETITION

08/19/2021    REQUEST FOR SERVICE AND PROCESS

08/19/2021    JURY FEE PAID

08/31/2021    **Citation**
              CROXTON, HAROLD E
              Served: 09/20/2021
              AVAILABLE MOVERS & STORAGE INC
              Unserved
              RYDER TRUCK RENTAL INC
              Unserved

10/04/2021    RETURN OF SERVICE - SUCCESSFUL
                  *HAROLD E CROXTON*

FILED
8/19/2021 3:39 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Medellin

Case 5:21-cv-00961   Document 1-3   Filed 10/08/21   Page 4 of 20
3 CIT PPS    W JD

# 2021CI16992

CAUSE NO. _____

| | | |
|---|---|---|
| **AMY MARR** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | Bexar County - 57th District Court |
| **V.** | § | |
| | § | _____ **JUDICIAL DISTRICT** |
| **HAROLD E. CROXTON, AVAILABLE** | § | |
| **MOVERS & STORAGE, INC., & RYDER** | § | |
| **TRUCK RENTAL, INC.** | § | |
| | § | |
| **Defendants.** | § | **OF BEXAR COUNTY, TEXAS** |

---

## PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff AMY MARR and file this Original Petition complaining of Defendants HAROLD E. CROXTON, AVAILABLE MOVERS & STORAGE, INC. ("AVAILABLE MOVERS"), & RYDER TRUCK RENTAL, INC. for cause of action, Plaintiff would show this Honorable Court as follows:

## I.

## PARTIES

1.    AMY MARR is a resident of Hidalgo County, Texas.

2.    HAROLD E. CROXTON ("Driver") is an individual who identified his address to law enforcement personnel as 2439 Fuller 3 Bronx, New York 10461.  A copy of the Texas Peace Officer's Crash Report is pasted below:

| | Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Address (Street, City, State, ZIP) 2439 FULLER 3   BRONX, NY 10461 | | | | | | | | | | | | | | |
| VEHICLE, DRIVER & PERSONS | 1 | 1 | 1 | CROXTON, HAROLD E | N | 63 | B | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | | | |

Defendant may be served with process by serving him at the address he provided to law enforcement at 2439 Fuller 3 Bronx, New York 10461.  *Citation is herein requested for service by private service.*

3.      AVAILABLE MOVERS  is a licensed motor carrier doing business in Texas.  It may be served through the process agent designated under the Motor Carrier Act, Pamela Daniels/Bluebonnet Process Service, 10358 CR 3101 Wilnona, Texas 75792.  *Citation is herein requested for service by private service.*

4.      RYDER TRUCK RENTAL, INC. ("RYDER") is a corporation that identified its principal address to the Federal Motor Carrier Safety Administration at or around 11690 NW 105 ST. 1E, Miami, FL 33178.  Defendant, RYDER, may be served with process by serving its registered agent, Corporate Creations Network Inc. at 5444 Westheimer #1000, Houston, Texas 77056.  *Citation is herein requested for service by private service.*

II.

**JURISCTION & VENUE**

5.      The subject matter in controversy is within the jurisdictional limits of this court.  This court has jurisdiction over Defendants because Defendants purposefully availed themselves of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendants, and the assumption of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.  Defendants chose to operate in Texas.

6.      Furthermore, Plaintiffs would show that Defendant engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendants committed a tort in whole or in part in Texas. Defendants' principal place of business and residence is in Texas. Defendants chose to operate

2

their tractor in BEXAR County, Texas.   Defendants chose to haul goods in BEXAR County, Texas.   Defendants failed to drive their tractor and trailer safely in BEXAR County, Texas and gives rise to Plaintiff's claim.   Defendants smashed into Plaintiff's vehicle in BEXAR County, Texas.   The impact from the collision injured Plaintiff in BEXAR County, Texas.   The investigating officer was dispatched from his agency office, and performed his investigation in The crash report showing the location of the crash is pasted below:

| Texas Peace Officer's Crash Report (Form CR-3 1/1/2018) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457 | | | | | | | | Page 1 of 2 |
| Refer to Attached Code Sheet for Numbered Fields | | | | | | | | |
| *=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.) | | | | | | | | |
| *Crash Date (MM/DD/YYYY)  0 7 / 2 7 / 2 0 2 0 | | *Crash Time (24HRMM)  1 8 3 7 | Case ID  202002361 | | | | Local Use  12138 | |
| *County Name  BEXAR | | | *City Name  LEON VALLEY | | | | | ☐ Outside City Limit |

Therefore, BEXAR County is the proper venue.   Without waiving PLAINTIFFS' right to amend pleadings and seek additional damages, PLAINTIFF is seeking monetary relief over One Million Dollars ($1,000,000.00).

### III.

### FACTS

7.      Defendant, AVAILABLE MOVERS, LLC, is a motor carrier licensed by and registered with the Federal Motor Carrier Safety Administration.   Defendants hired, qualified, and retained their commercial driver.   At all times relevant to this lawsuit, Defendants' driver, HAROLD CROXTON, was acting in the course and scope of his actual and/or statutory employment with Defendants.

8.      On or about July 27, 2020, Defendant operated, owned, hired, or were the proprietor of a commercial truck.   Plaintiff was seriously injured on or about July 27, 2020 in a motor vehicle collision around 7200 Block of Huebner Road in BEXAR County, Texas.   Defendants' truck failed to safely change lanes, failed to maintain a proper lookout, and failed to avoid colliding

3

with vehicles which caused serious damage to the Plaintiff and her vehicle.  The Crash Report shows Defendant (Unit 1) changed lanes when unsafe in BEXAR County, Texas.



## IV.

### NEGLIGENCE CAUSES OF ACTION

9.      The occurrence made the basis of this suit, reflected in the above paragraphs, and the resulting injuries and damages were proximately caused by the negligent conduct of the Defendants.   Defendants' driver, HAROLD CROXTON, was negligent in the operation of the commercial vehicle.  Specifically, Defendant HAROLD CROXTON:

1.      Failed to change lanes when it was safe;

2.      Followed too closely;

3.      Drove at an unsafe speed;

4.      Failed to keep a proper lookout;

5.      Failing to keep attention to the roadway due to the use of a cellphone, including making calls, receiving calls, sending text messages, receiving messages, and otherwise being distracted while operating a motor vehicle.

10.     As a direct and proximate result of this negligence, Plaintiff was seriously injured. Defendant, AVAILABLE MOVERS, LLC, is vicariously liable for the negligence of HAROLD CROXTON under the statutory employment doctrine as well as the doctrine of respondeat superior.  Pleading in the alternative, Defendant, RYDER TRUCK LEASING, INC., is vicariously liable for the negligence of HAROLD CROXTON under the statutory employment doctrine as well as the doctrine of respondeat superior.  Pleading in the alternative, Defendant, RYDER TRUCK LEASING, INC., is liable for the negligence of HAROLD CROXTON because HAROLD CROXTON was a permissive driver.

### *Gross Negligence*

11.     Pursuant to the Texas Civil Practice and Remedies Code, Section 41.001 *et. seq.* Defendants' actions including, but not limited to, the negligent conduct listed in paragraphs above, was more than momentary thoughtlessness or inadvertence.  Rather, Defendants' conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiffs.  Defendants had actual, subjective awareness of the risk involved but, nevertheless, proceeded in conscious indifference to the rights, safety, or welfare of Plaintiff or others similarly situated.

### *Respondeat superior and vicarious liability*

12.     At the time and on the occasion in question, HAROLD CROXTON was an employee of Defendants.  At all relevant times, HAROLD CROXTON was in the course and scope of his employment for Defendants.   Accordingly, Defendant, AVAILABLE MOVERS, LLC., are

5

responsible for Plaintiffs' injuries and damages under the theory of Respondeat Superior. Pleading in the alternative, Defendant, RYDER LEASING is responsible for Plaintiffs' injuries and damages under the theory of Respondeat Superior. Further, each Defendant is vicariously liable for the acts of their co-Defendants.

### ***Employer's independent negligence***

13.     Defendant, AVAILABLE MOVERS, LLC, was negligent because it violated the duty which it owed Plaintiff to exercise ordinary case in one or more of the following respects:

    a.     negligent hiring and supervision of HAROLD CROXTON;

    b.     negligent training and supervision of HAROLD CROXTON;

    c.     negligent retention of HAROLD CROXTON;

    d.     negligent maintenance;

    e.     negligent qualification of HAROLD CROXTON;

    f.     negligence with respect to the implementation of an adequate company cellular telephone usage policy, and enforcement of this policy.

14.     Defendant, RYDER TRUCK LEASING, INC., was negligent because it violated the duty which it owed Plaintiff to exercise ordinary case in one or more of the following respects:

    a.     negligent hiring and supervision of HAROLD CROXTON;

    b.     negligent training and supervision of HAROLD CROXTON

    c.     negligent retention of HAROLD CROXTON;

    d.     negligent maintenance;

    e.     negligent qualification of HAROLD CROXTON;

    f.     negligence with respect to the implementation of an adequate company cellular telephone usage policy, and enforcement of this policy.

***Negligent Entrustment***

15.     Defendants AVAILABLE MOVERS, LLC, were also negligent in that it negligently entrusted the vehicle to HAROLD CROXTON when they knew or should have known that HAROLD CROXTON was an incompetent and/or reckless driver.  Pleading in the alternative, Defendant, RYDER LEASING was also negligent in that it negligently entrusted the vehicle to HAROLD CROXTON when they knew or should have known that HAROLD CROXTON was an incompetent and/or reckless driver.   The actions and/or omissions of Defendants was a proximate cause of the damages suffered by Plaintiff.

**V.**

**DAMAGES**

16.     Plaintiff seeks to recover elements of damages, which were proximately caused by Defendants' negligence.  As a direct and proximate result of the collision and the negligent conduct of the Defendants, decedent and Plaintiff suffered serious injury.  The damages for such injuries include:

A.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the crash complained of herein and such charges are reasonable and were usual and customary charges for such services;

B.     Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C.     Pain and suffering in the past;

D.     Mental anguish in the past;

E.     Pain and suffering in the future;

F.     Mental anguish in the future;

G.     Exemplary/Punitive Damages;

H.     Physical impairment in the past;

I.      Physical impairment which, in all reasonable probability, will be suffered in the future;

J.      Loss of past wages;

K.      Loss of future wages;

L.      Loss of earnings in the past;

M.      Loss of earning capacity in the past;

N.      Loss of earning capacity which will, in all probability, be incurred in the future;

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citation be issued and Defendants be served, and upon trial on the merits the Court enter judgment for Plaintiff and against Defendant, jointly and severally, for actual damages, together with prejudgment interest, postjudgment interest, and court costs. Plaintiff also seeks to recover prejudgment interest, post-judgment interest, and court costs.  Plaintiff's damages exceed the Court's jurisdictional minimum.

**A JURY IS REQUESTED AND PAID FOR HEREIN.**


Respectfully submitted,


By:/s/  Chris R. Brasure _____
**CHRIS R. BRASURE**
Texas Bar No. 24036257
**BRASURE LAW FIRM, PLLC**
135 Paseo Del Prado, Ste. 32
Edinburg, Texas  78539
Tel. (956) 686-355
Fax (888) 880-9309
chris@brasurelaw.com
ATTORNEY FOR PLAINTIFF

8

CAUSE NO. 2021CI16992

| | | |
|---|---|---|
| AMY MARR | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 57TH JUDICIAL DISTRICT |
| | § | |
| HAROLD E. CROXTON, AVAILABLE | § | |
| MOVERS & STORAGE, INC. & | § | |
| RYDER TRUCK RENTAL, INC. | § | |
| *Defendants* | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE COURT:

NOW COMES HAROLD E. CROXTON and AVAILABLE MOVERS & STORAGE, INC., two of the Defendants in this lawsuit to file this Original Answer, and in support show the court the following:

I.
General Denial

Defendants file this general denial to all claims asserted and demand strict proof thereof.

II.
Affirmative Defenses

Defendants are not responsible for the acts and/or omissions of third parties over whom Defendants had no control.

Defendants plead the limitation of damages contained in Section 41.0105 of the Texas Civil Practices & Remedies Code.

Defendants invoke all provisions provided for in Section 18.091 of the Texas Civil Practices & Remedies Code requiring that evidence to prove Plaintiff's alleged economic loss be presented in the form of a net loss after

reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law.

Defendants further plead that Plaintiff's injuries, if any, were pre-existing and/or unrelated to the incident forming the basis of this lawsuit.

WHEREFORE, Defendants HAROLD E. CROXTON and AVAILABLE MOVERS & STORAGE, INC., pray that Plaintiff take nothing by reason of this suit.  Defendants further pray for such other and further relief, both general and special, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

_____

DAVID ORTEGA
State Bar No. 00791377
ERIK L. KRUDOP
State Bar No. 24027429
NAMAN HOWELL SMITH & LEE
Union Square II
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Ortega Direct Line: (210) 731-6353
Ortega Facsimile: (210) 785-2953
Krudop Direct Line: (210) 731-6444
Krudop Facsimile:   (210) 785-2910
dortega@namanhowell.com
ekrudop@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Texas Rules of Civil Procedure on this the 8th day of October 2021, to the following counsel of record:

      Chris R. Brasure
      Brasure Law Firm, PLLC
      135 Paseo Del Prado, Ste. 32
      Edinburg, Texas 78539
      chris@brasurelaw.com

_____

Erik L. Krudop

**Ashley Nichols**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Friday, October 8, 2021 3:29 PM |
| **To:** | Ashley Nichols |
| **Subject:** | Filing Submitted for Case: 2021CI16992; AMY MARR VS HAROLD E CROXTON ET AL; Envelope Number: 58030958 |



# Filing Submitted
Envelope Number: 58030958
Case Number: 2021CI16992
Case Style: AMY MARR VS HAROLD E
CROXTON ET AL

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Bexar County - District Clerk |
| **Date/Time Submitted** | 10/8/2021 3:28 PM CST |
| **Filing Type** | Answer/Contest/Response/Waiver |
| **Filing Description** | Defs Original Answer |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Ashley Nichols |
| **Filing Attorney** | Erik Krudop |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

| This envelope is pending review and fees may change. | |
|---|---|
| Case Fee Information | $0.00 |
| Answer/Contest/Response/Waiver | $0.00 |
| No Fee Documents | $0.00 |

**Total:**$0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details |
|---|

| Lead Document | Answer.pdf |
|---|---|
| Lead Document Page Count | 3 |
| File Copy | Download Document |
| This link is active for 30 days. ||

For technical assistance, contact your service provider

**EFILE TEXAS.gov™**

| Need Help? Help | No Lawyer? Start Here | Visit: https://efiletexas.gov/contacts.htm | Email: support@eFileTexas.gov |

Please do not reply to this email. It was automatically generated.

CAUSE NO. 2021CI16992

| | | |
|---|---|---|
| AMY MARR | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 57TH JUDICIAL DISTRICT |
| | § | |
| HAROLD E. CROXTON, AVAILABLE | § | |
| MOVERS & STORAGE, INC. & | § | |
| RYDER TRUCK RENTAL, INC. | § | |
| *Defendants* | § | BEXAR COUNTY, TEXAS |

### NOTICE OF REMOVAL

NOTICE is hereby given that Defendants Notice of Removal has on this day been filed in the United States District Court for the Western District of Texas, San Antonio Division, and that this cause has been removed from the 57th Judicial District Court, Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division, for trial and determination of all issues.

Respectfully submitted,

_____
**David L. Ortega**
State Bar No. 00791377
Telephone:  210-731-6353
Facsimile:  210-785-2953
Email:  dortega@namanhowell.com
**Erik L. Krudop**
State Bar No. 24027429
Telephone: 210-731-6434
Facsimile: 210-785-2910
Email:  ekrudop@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
**ATTORNEY FOR DEFENDANT
HAROLD E. CROXTON**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Texas Rules of Civil Procedure on this the 8th day of October 2021, to the following counsel of record:

Chris R. Brasure
Brasure Law Firm, PLLC
135 Paseo Del Prado, Ste. 32
Edinburg, Texas 78539
chris@brasurelaw.com


Erik L. Krudop

**Ashley Nichols**

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Friday, October 8, 2021 3:29 PM |
| **To:** | Ashley Nichols |
| **Subject:** | Filing Submitted for Case: 2021CI16992; AMY MARR VS HAROLD E CROXTON ET AL; Envelope Number: 58030958 |



# Filing Submitted
### Envelope Number: 58030958
### Case Number: 2021CI16992
### Case Style: AMY MARR VS HAROLD E CROXTON ET AL

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Bexar County - District Clerk |
| **Date/Time Submitted** | 10/8/2021 3:28 PM CST |
| **Filing Type** | No Fee Documents |
| **Filing Description** | Notice of Removal |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Ashley Nichols |
| **Filing Attorney** | Erik Krudop |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |
| If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $0.00 |
| Answer/Contest/Response/Waiver | $0.00 |
| No Fee Documents | $0.00 |

**Total:**$0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details |
|---|

| Lead Document | Notice of Removal.pdf |
|---|---|
| Lead Document Page Count | 2 |
| File Copy | Download Document |
| This link is active for 30 days. | |

For technical assistance, contact your service provider

EFILE TEXAS.gov™

| Need Help? Help | No Lawyer? Visit: Start Here | https://efiletexas.gov/contacts.htm | Email: support@eFileTexas.gov |

Please do not reply to this email. It was automatically generated.

2